FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN -8  AM 11: 56

CLERK_____
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 414-120 |
| KENDRA M. YOUNG | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant KENDRA M. YOUNG without prejudice.

SO ORDERED, this _8TH_ day of _June_____, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA